IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRUCE ALEXANDER TUCK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-1054 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| CANDICE GILLIGAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 17) to grant Defendant Candice Gilligan's motion to dismiss (Docket Entry No. 12) to which Plaintiff filed objections. (Docket Entry No. 16).

After de novo review, the Court **ADOPTS** the Report and Recommendation (Docket Entry No. 17) and Plaintiff's claims against the Defendant Candice Gilligan are **DISMISSED with prejudice** against Defendant Candice Gilligan.

As to the John Doe Defendants, this action has been pending since November 2010, Plaintiff has ninety (90) days to serve discovery request upon the records custodian of the Middle Tennessee Mental Health Institute to identify the John Doe Defendants for service of process. Plaintiff's failure to do so shall be grounds for dismissal of this action.

It is so **ORDERED**.

ENTERED this the 6th day of May, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge