IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

BRUCE ALEXANDER TUCK,

Plaintiff

VS.  CASE No.: 3:10cv01054

JOHN DOE #1, et al.,

Defendant.

*[Handwritten annotation: ORDER — The motion is DENIED but Plaintiff may serve his discovery request upon the proper party. /s/ [Judge signature] 9/13/11]*

---

MOTION REQUESTING AN ORDER REQUIRING DISCOVERY

---

COMES NOW, the Plaintiff, Bruce Alexander Tuck, having made multiple requests for the discovery of the names of the John Doe Defendants that were involved in the incident which occured at Middle Tennessee Mental Health Institute on Sunday, November 22, 2009, resulting in this civil action before this Honorable Court without any response from the Custodian of Records for Middle Tennessee Mental Health Institute and respectfully requests that an order be issued requiring that the Custodian of Records cooperate fully with all discovery requests made by the Plaintiff.

Plaintiff hereby makes the following discovery requests:

1. The names of all staff members involved in the incident that occured involving the Plaintiff at Middle Tennessee Mental Health Institute on Sunday, November 22, 2009.

2. A true copy of the incident report for the above-referenced incident and all documents

1